UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**ODA AGAMA, ON BEHALF OF HIMSELF AND THOSE SIMILARLY SITUATED,**

      **Plaintiff,**

vs.

**DPCH, LLC, A GEORGIA LIMITED LIABILITY COMPANY,**

      **Defendant.**

_____/

**CASE NO: 1:16-CV-02836-ELR**

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ODA AGAMA, by and through the undersigned attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives this Court notice of his dismissal of this action with prejudice.

Dated this 12th day of September, 2016.

                                        **/s/ C. RYAN MORGAN**_____
                                        C. Ryan Morgan, Esq.
                                        Georgia Bar No.: 711884
                                        Morgan & Morgan, P.A.
                                        20 N. Orange Ave., 14th Floor
                                        Orlando, FL 32802-4979

Telephone: (407) 420-1414
Facsimile: (407) 425-8171
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on the 12th day of September 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: DPCH, LLC, A GEORGIA LIMITED LIABILITY COMPANY, c/o Brenda A. Dembure, Registered Agent, 4818 Old National Highway (Fulton County), College Park, GA 30337.

**/s/ C. Ryan Morgan**
C. Ryan Morgan, Esq.